RICHARDS *v.* NEAL *et al.*

BECK, P. J.   There is no assignment of error upon any ruling of the court pending the trial, or upon any portion of the court's charge to the jury;   and there being some evidence to support the verdict, the judgment of the court below refusing a new trial is

*Affirmed.   All the Justices concur.*

No. 2129.   FEBRUARY 17, 1921.

Complaint for land.   Before Judge Tarver.   Gordon superior court.   May 24, 1920.

*A. L. Henson, M. B. Eubanks,* and *Maddox, McCamy & Shu-mate,* for plaintiff.   *J. G. B. Erwin,* for defendants.

---

VICKERY *v.* SWICORD *et al.*

GEORGE, J.   1.   "A judgment overruling a general demurrer to a petition, unless excepted to and reversed, is an adjudication that the petition sets forth a cause of action; and the court may not by indirection deprive the plaintiff of the estoppel he is entitled to urge as against the defendant." *Turner* v. *Willingham,* 148 *Ga.* 274 (2) (96 S. E. 565), and cases cited.

2.   The evidence for the plaintiff tended to sustain the material allegations of her petition, and the court erred in granting a nonsuit and dismissing the petition.   *Judgment reversed.   All the Justices concur.*

No. 1888.   FEBRUARY 18, 1921.

Equitable petition.   Before Judge Smith.   Campbell superior court.   August 26, 1919.

*J. F. Golightly,* for plaintiff.

*Dickson & Camp,* for defendants.